In the Matter of Henry Cardos v. William H. Edwards, as Commissioner, etc.— Motion to dismiss appeal granted, with ten dollars costs; unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William T. Rock v. Anna A. Rock.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William H. Malia v. Lucien Knapp, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Lillian B. Shuman v. George H. Shuman.— Motion to dismiss appeal denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Newburgh Savings Bank v. Jimal Realty Company, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

August Tassini, an Infant, etc., v. Paul Viane.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Edwin N. Schutzinger v. A. D. Granger Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Bertha Bohling v. Prudential Insurance Company of America.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Moses Wolfe v. James F. Mack.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. Christopher Kenehan v. Thomas J. Higgins, as Commissioner, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

In the Matter of Alexander McDonald, Deceased.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

New York Catholic Protectory v. Rockland County.— Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter Althause v. United States Steel Corporation. Walter Althause v. Richard Trimble. William Theile v. United States Steel Corporation. William Theile v. Richard Trimble.— Motions granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur E. Jacobs v. Monaton Realty Investing Corporation.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.